UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CLINTON MICHAEL WILLIAMS,

        Plaintiff,                      Case No. 1:24-cv-175

v.                                          Honorable Ray Kent

MATT MACAULEY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  February 29, 2024                    /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge